IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02223-WDM-OES

JOYCE M. VOGEL,

Plaintiff(s),

vs.

UNITED STATES OF AMERICA,

Defendant(s).

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  July 15, 2005

    Defendant's Unopposed Motion for Stay of Discovery [filed July 14, 2005] is GRANTED.  All discovery in this action is hereby stayed pending resolution of the pending motion for summary judgment.