IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02223-WDM-OES

JOYCE M. VOGEL,

Plaintiff(s),

vs.

UNITED STATES OF AMERICA,

Defendant(s).

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated: September 6, 2005

    Plaintiff's Unopposed Motion for Relief of Stay of Discovery [filed September 1, 2005, Document 24-1] is GRANTED. Relief from the stay of discovery shall be allowed to permit the depositions of Mr. Frank Hunter and Mr. Lee Mazarella.