IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02223-WDM-OES

JOYCE M. VOGEL,

Plaintiff(s),

vs.

UNITED STATES OF AMERICA,

Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  October 21, 2005

     Defendant's Unopposed Motion to Vacate Settlement Conference [Doc. #30, filed 10/20/05] is GRANTED.  The Settlement Conference set for October 28, 2005, is VACATED.