IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-02223-WDM-CBS

JOYCE M. VOGEL,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Joint Motion to Vacate Pretrial Conference (filed March 24, 2006; *doc. no. 35*) is **GRANTED**.  The final pretrial conference set for April 3, 2006, is **VACATED**.

    IT IS FURTHER ORDERED that within 72 hours of receipt of a decision by District Judge Walker D. Miller on the Motion for Summary Judgment (*doc. no. 17*), counsel shall file a status report with the court detailing the current posture of the case.

**DATED:**    March 24, 2006